```
 1  LAW OFFICES OF BILL LATOUR
    BILL LATOUR [CSBN: 169758]
 2      1420 E. Cooley Dr., Suite 100
 3      Colton, California 92324
        Telephone: (909) 796-4560
 4      Facsimile:  (909) 796-3402
 5      E-Mail: fed.latour@yahoo.com
 6
 7  Attorney for Plaintiff
 8              UNITED STATES DISTRICT COURT
 9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10  ROBIN RENEE MOORE,            )   No.  CV 13 – 3488 DFM
11                                )
         Plaintiff,                )   [PROPOSED] ORDER AWARDING
12                                )   EAJA FEES
13       v.                       )
                                  )
14  CAROLYN W. COLVIN             )
15  Acting Commissioner Of Social Security, )
                                  )
16       Defendant.                )
17
```

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATE: April 7, 2014

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-